FIRST AMERICAN FINANCIAL CORP., SUCCESSOR
IN INTEREST TO FIRST AMERICAN CORP., ET AL.
v. EDWARDS

No. 10–708.   Argued November 28, 2011—Decided June 28, 2012

*Aaron M. Panner* argued the cause for petitioners.   With
him on the briefs were *Michael K. Kellogg, Gregory G. Ra-
pawy, Brendan J. Crimmins, Charles A. Newman,* and *Mi-
chael J. Duvall.*

*Jeffrey A. Lamken* argued the cause for respondent.
With him on the brief were *Cyril V. Smith, David A. Reiser,
Edward Kramer, Robert K. Kry, Martin V. Totaro, Richard
S. Gordon, Martin E. Wolf,* and *James W. Spertus.*

*Anthony A. Yang* argued the cause for the United States
as *amicus curiae* urging affirmance.   With him on the brief
were *Solicitor General Verrilli, Assistant Attorney General
West, Deputy Solicitor General Stewart, Michael Jay
Singer, Christine N. Kohl, David M. Gossett,* and *Deepak
Gupta.**

*Briefs of *amici curiae* urging reversal were filed for ACA Interna-
tional by *Tomio B. Narita* and *Jeffrey A. Topor;* for the American Bankers
Association et al. by *Thomas M. Hefferon* and *William F. Sheehan;* for
the American Land Title Association by *Roy T. Englert, Jr.,* and *Ariel N.
Lavinbuk;* for the Association of Global Automakers, Inc., et al. by *Donald
M. Falk;* for the Consumer Data Industry Association by *Anne P. Fortney;*
for DRI–The Voice of the Defense Bar et al. by *R. Matthew Cairns, Mary
Massaron Ross,* and *Hilary A. Ballentine;* for Experian Information Solu-
tions, Inc., by *Meir Feder* and *Daniel J. McLoon;* for Facebook, Inc., et al.
by *Patrick J. Carome;* for the International Association of Defense Coun-
sel by *Mary-Christine Sungaila* and *J. Mitchell Smith;* for the National
Association of Home Builders et al. by *Christopher M. Whitcomb, Thomas
J. Ward,* and *Nick Cammarota;* for the National Association of Retail Col-
lection Attorneys by *David M. Schultz, Joel D. Bertocchi,* and *Stephen*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*

---

*R. Swofford;* for the New England Legal Foundation et al. by *Benjamin G. Robbins, Martin J. Newhouse, Robin S. Conrad,* and *Kathryn Comerford Todd;* for the Pacific Legal Foundation et al. by *Deborah J. La Fetra, John C. Eastman,* and *Anthony T. Caso;* for the Real Estate Services Providers Council, Inc., by *Jay N. Varon* and *Michael D. Leffel;* and for the Stewart Information Services Corp. et al. by *Peter D. Keisler, Jonathan F. Cohn, Matthew D. Krueger,* and *Christine R. Milton.*

Briefs of *amici curiae* urging affirmance were filed for the State of Missouri et al. by *Chris Koster,* Attorney General of Missouri, and *James R. Layton,* Solicitor General, and by the Attorneys General for their respective States as follows: *John J. Burns* of Alaska, *Kamala D. Harris* of California, *David M. Louie* of Hawaii, *Lisa Madigan* of Illinois, *Tom Miller* of Iowa, *Jim Hood* of Mississippi, *Catherine Cortez Masto* of Nevada, *Gary K. King* of New Mexico, *Robert M. McKenna* of Washington, and *Darrell V. McGraw, Jr.,* of West Virginia; for AARP et al. by *Scott L. Nelson* and *Allison M. Zieve;* for the Electronic Privacy Information Center by *Marc Rotenberg;* for the Lawyers' Committee for Civil Rights Under Law et al. by *Janell M. Byrd, Jon M. Greenbaum, Stephen M. Dane, John Payton, Debo P. Adegbile, Elise C. Boddie,* and *Leslie Proll;* for the National Association of Independent Land Title Agents by *Gregory W. Happ;* for Public Law Professors by *Jonathan S. Massey;* for the Reporter and Advisers to Restatement (Third) of Restitution and Unjust Enrichment by *Douglas Laycock;* and for Erick Carter et al. by *John T. Murray.*

Briefs of *amici curiae* were filed for the Toyota Economic-Loss Plaintiffs by *Steve W. Berman, Marc M. Seltzer,* and *Frank M. Pitre;* for Trust Law and ERISA Law Professors by *Melanie B. Leslie;* and for Birny Birnbaum et al. by *Shelley R. Sadin.*